UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MERSEN USA EP CORP.,

                    Plaintiff,

         -against-

TDK ELECTRONICS INC., and TDK
(ZHUHAI FTZ) CO., LTD.,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2021

1:21-cv-00763 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendants filed a letter seeking a pre-motion conference in anticipation of a motion to dismiss Plaintiff's complaint. *See* Letter to Court, ECF No. 21. Plaintiff opposes any motion and has requested that the Court grant jurisdictional discovery. *See* Letter to Court, ECF No. 22. The Court will hold a Pre-Motion Conference on June 14, 2021 at 2:00PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

To the extent Plaintiff seeks jurisdictional discovery in response to arguments raised in Defendants' pre-motion letter, Plaintiff should file a supplemental letter by 5:00PM on June 8, 2021 explaining the basis for that request and what information Plaintiff intends to seek in discovery. Defendants may file a response letter by 5:00PM on June 10, 2021.

**SO ORDERED.**

Date: **June 3, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**