USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/1/2023__

**BEJIN BIENEMAN**
INTELLECTUAL PROPERTY ATTORNEYS

Hon. Mary Kay Vyskocil, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007

2000 Town Center, Suite 800
Southfield, MI 48075
313-244-0657
bejin@b2iplaw.com

March 1, 2023

VIA ECF

Re: *Mersen USA EP Corp. v. TDK Electronics Inc.,* Case No. 1:21-cv-00763-MKV (S.D.N.Y.)

Dear Judge Vyskocil:

We represent Plaintiff Mersen USA EP Corp. ("Mersen") in the above captioned matter and write pursuant to Rule 2.G of Your Honor's Individual Rules of Practice and to follow up on the parties' joint letter of February 23, 2023 (the "Joint Letter"; ECF No. 98) regarding the March 1, 2023 status conference. As mentioned in the Joint Letter, we apologize again for missing the deadline to submit a joint status report, which (as the Court has directed) the parties will address in more detail in the upcoming status report.

As mentioned in the Joint Letter, the undersigned, who is Mersen's principal trial counsel, is scheduled to have significant surgery on March 24, 2023[1] and will be prohibited by his physician from air travel for a period of two weeks thereafter. For this reason, Mersen respectfully requests that the status conference currently scheduled for April 5, 2023 be adjourned to April 12, 2023 or another convenient date for the Court.

No prior requests to adjourn the status conference have been made, although both Defendant TDK Electronics Inc. and Mersen have each sought and received extensions of the discovery schedule, which resulted in two adjournments of the conference. TDK consents to this adjournment. We appreciate the Court's consideration of this medical issue and again express our regret regarding the prior missed deadline.

Respectfully submitted,

*/s/ Thomas E. Bejin*
Thomas E. Bejin, Bejin Bieneman PLC

---

GRANTED. The conference scheduled for April 5, 2023 is hereby adjourned to April 12, 2023 at 3:30 PM. SO ORDERED.

Date: __3/1/2023__
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---

[1] The February 23, 2023 letter misstated the date of surgery as March 23, 2023.