USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023

**BEJIN BIENEMAN**
INTELLECTUAL PROPERTY ATTORNEYS

Hon. Mary Kay Vyskocil, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007

2000 Town Center, Suite 800
Southfield, MI 48075
313-244-0657
bejin@b2iplaw.com

April 26, 2023

VIA ECF

Re: *Mersen USA EP Corp. v. TDK Electronics Inc.*, Case No. 1:21-cv-00763-MKV (S.D.N.Y.)

Dear Judge Vyskocil:

I write pursuant to Rule 9.B of your Individual Rules and Practices in Civil Cases to request that Plaintiff Mersen USA EP Corp. ("Mersen") be permitted to file under seal certain accompanying papers to its letter motion seeking a pre-motion conference.

The certain accompanying papers include deposition transcripts of Dr. Wen Yang, a TDK Zhuhai employee who was the appointed 30(b)(6) corporate representative for TDK Electronics Inc. and TDK Zhuhai.

Mersen identified the transcripts it intended to file to TDK with a request that the information not be designated under the protective order. TDK indicated that the materials should be treated as Outside Attorney's Eyes Only. Based on TDK's request, Mersen is filing the depositions and Mersen's letter seeking a pre-motion conference under seal in a manner which is narrowly tailored to TDK's position that the materials Mersen is referencing is confidential and proprietary information.

Defendant TDK has requested that Mersen make this sealing request.

Thank you very much for your attention to this matter.

Respectfully submitted,

*/s/ Thomas E. Bejin*
Thomas E. Bejin, Bejin Bieneman PLC

cc: All Counsel of Record (via ECF)

Request granted.

SO ORDERED:

5/11/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE