# Linklaters

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/11/2023
```

Linklaters LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (+1) 202 654 9227
adam.lurie@linklaters.com

Hon. Mary Kay Vyskocil, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

**VIA ECF**                                                                 May 1, 2023

Re: *Mersen USA EP Corp. v. TDK Electronics Inc.*, 1:21-cv-00763 (MKV) (S.D.N.Y.)

Dear Judge Vyskocil,

Pursuant to Section 9(B) of this Honorable Court's Individual Rules and Practices in Civil Cases (the "Individual Rules"), Defendant TDK Electronics Inc. ("TDK") requests permission to file under seal (1) its response letter to Plaintiff Mersen's letter seeking a pre-motion conference to move for sanctions (ECF No.110) and (2) certain accompanying exhibits.

The exhibits TDK requests to file under seal are deposition transcripts of non-party TDK (Zhuhai FTZ) Co. Ltd. ("Zhuhai") that counsel designated as "Attorneys' Eyes Only" under the parties' Confidentiality Stipulation and Protective Order (ECF No. 86) because the transcripts contain sensitive technical, financial and competitive information not generally known to third parties and which Zhuhai would not normally reveal to third parties.  The specific exhibits that TDK and Zhuhai request be filed under seal are:

- Exhibit 5, Transcript of the Zhuhai Rule 30(b)(6) deposition of Dr. Wen Yang, held on March 31, 2023.

- Exhibit 8, Transcript of the deposition of Terry Tian (Zhuhai witness), held on February 16, 2023.

- Exhibit 9, Transcript of the continued Zhuhai Rule 30(b)(6) deposition of Dr. Wen Yang, held on April 11, 2023.

Further, TDK and Zhuhai move to seal only those portions of the response letter that discuss the substance of the above-referenced Zhuhai depositions.  These proposed redactions are narrowly

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on Linklaters LLP's regulatory position.

# Linklaters

tailored in accordance with Section 9(B) of the Individual Rules so as to appropriately balance the need for confidentiality with the presumption of public access.

Thank you for your consideration.

Respectfully submitted,

/s/ Adam S. Lurie
Adam S. Lurie
Partner at Linklaters LLP
*Counsel for TDK Electronics Inc.*

cc: All Counsel of Record (via ECF)

Request granted.

SO ORDERED:

5/11/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE